IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS HANUSEK, JESSE SWAFFORD, and BRIAN KOCHMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No. 3:18-CV-509-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed November 16, 2018 (Doc. 58), the individual claims of Plaintiff Brian Kochman were **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Notice of Settlement filed on January 8, 2020 (Doc. 112), and the Court's Order of January 9, 2020 (Doc. 113), reflecting settlement between the remaining parties, the individual claims of Plaintiffs Chris Hanusek and Jesse Swafford are **DISMISSED with prejudice**.

DATED:   March 16, 2020

                                              MARGARET M. ROBERTIE,
                                              Clerk of Court

                                              By:  s/ *Deana Brinkley*
                                                         **Deputy Clerk**

**APPROVED:**   s/ *Nancy J. Rosenstengel*
                           **NANCY J. ROSENSTENGEL**
                           **Chief U.S. District Judge**